[No. 9890-7-III. Division Three. June 21, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. TEESSA L. WELKER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 88-1-00079-6, Ted Kolbaba, J., entered February 1, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 10009-0-III. Division Three. June 21, 1990.]

THE STATE OF WASHINGTON, *Appellant*, v. ROY R. LAND, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 88-1-00430-1, Albert J. Yencopal, J., entered May 5, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Cole, J. Pro Tem.

[No. 9283-6-III. Division Three. June 21, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC YALE MAXON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87-1-00123-4, Yancey Reser, J., entered March 17, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.